## Kivlin *v.* Warner Company, Appellant.

■■■ Submitted September 8, 1975. *Robert St.*

*Leger Goggin,* and *Marshall, Dennehey & Warner,* for appellant; *Joseph Mistrano,* for appellee.

Order affirmed.

JACOBS, J., dissents.